■ In the Matter of JOSEPH HASSIN, Appellant, v PETER PREISER, as Commissioner of the New York State Correctional Services, et al, Respondents.—Judgment unanimously affirmed. (See *People ex rel. Johnson v Montanye,* 42 AD2d 1041.) (Appeal from judgment of Cayuga Supreme

Court, in article 78 proceeding.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Del Vecchio, JJ.